IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| ADAM LAMBERT, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. 2:25-cv-02763-SHL-atc |
| ) | |
| SHELBY COUNTY CRIMINAL JUSTICE ) | |
| CENTER, ) | |
| ) | |
| Respondent. ) | |

**ORDER DIRECTING PETITIONER TO FILE AN IN FORMA PAUPERIS AFFIDAVIT AND TRUST FUND ACCOUNT STATEMENT OR PAY THE HABEAS FILING FEE AND DIRECTING CLERK TO MAIL FORM**

On July 31, 2025, Petitioner Adam Lambert, who is confined at the Shelby County Criminal Justice Center in Memphis, Tennessee, under prisoner identification number 24108875, filed a pro se petition under 28 U.S.C. § 2254. (ECF No. 2.) But Petitioner failed to either pay the five-dollar habeas filing fee required by 28 U.S.C. § 1914(a) or apply to proceed in forma pauperis with a certified copy of his inmate trust fund account statement.

Thus, Petitioner is **ORDERED** to either pay the five dollar habeas corpus filing fee or submit a properly completed Application to Proceed in District Court Without Prepaying Fees or Costs (AO 240) demonstrating his indigency and a certified inmate trust fund account statement for the last six months by **September 3, 2025**.[1] The Clerk is **DIRECTED** to mail a copy of the prisoner Application to Proceed in District Court Without Prepaying Fees or Costs (AO 240) to Petitioner along with this Order.

---

[1] Petitioner is advised that if his inmate trust account had a balance of at least twenty-five dollars on the date his habeas petition was filed, an application to proceed in forma pauperis will be denied.

Petitioner is **ORDERED** to notify the Court immediately, in writing, of any change of address.  If Petitioner fails to abide by this requirement or any other requirement of this Order in a timely manner, the Court may, without further notice, impose appropriate sanctions, up to and including dismissal of this action for failure to prosecute under Federal Rule of Civil Procedure 41(b).

**IT IS SO ORDERED** this 4th day of August, 2025.

s/ Sheryl H. Lipman  
SHERYL H. LIPMAN  
CHIEF UNITED STATES DISTRICT JUDGE